PER CURIAM.

(No. 74-CC-833—

ATLANTIC RICHFIELD COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed July 10, 1974.*

D. K. MC INTOSH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R.
WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-844—

AMERICAN INSTITUTE OF PHYSICS, Claimant, *vs.* STATE OF
ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

AMERICAN INSTITUTE OF PHYSICS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.